THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BELLACH, Appellant.— Judgment of the County Court of Richmond county convicting defendant of the crime of robbery in the first degree while armed unanimously affirmed. No opinion. Carswell, Davis and Johnston, JJ., concur. Lazansky,

P. J., and Tompkins, J., concur, being of the opinion that the testimony of the undersheriff was erroneously admitted but that there is ample proof aside from it upon which to base the conviction. The error was not prejudicial. (Code Crim. Proc. § 542.)